UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALBERTO GALARZA,

                      Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                      Defendant.
---------------------------------------------------------------X

JUDGMENT
04-CV-3881 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 22 2005 ★
BROOKLYN OFFICE

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 22, 2005, granting the defendant's motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the defendant's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
         August 22, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations